AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

BHANG CORPORATION,

*Plaintiff(s)*

v.

TYLA JORDAN and BHANG INCLUSIVE, LLC,

*Defendant(s)*

CASE NO: 17-cv-20693-GAYLES/Turnoff

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BHANG INCLUSIVE, LLC
c/o United States Corporation Agents, Inc.
7014 13th Avenue Suite 202
Brooklyn, New York 11228

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Benjamin H. Brodsky, Esq.  (Florida Bar No.: 73748)
Brodsky Fotiu-Wojtowicz, PLLC
169 East Flagler Street, Suite 1224, Miami, Florida 33131
Tel: 305-503-5054 / Fax: 305-677-5089
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 22, 2017 _____

Steven M. Larimore
Clerk of Court

s/ Ledys M. Rodriguez _____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| BHANG CORPORATION, | ) | |
| Plaintiff(s) | ) | |
| v. | ) | CASE NO: 17-cv-20693-GAYLES/Turnoff |
| TYLA JORDAN and BHANG INCLUSIVE, LLC, | ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tyla Jordan
24 Montgomery Place
New Rochelle, NY 10804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin H. Brodsky, Esq. (Florida Bar No.: 73748)
Brodsky Fotiu-Wojtowicz, PLLC
169 East Flagler Street, Suite 1224, Miami, Florida 33131
Tel: 305-503-5054 / Fax: 305-677-5089
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Feb 22, 2017 _____

Steven M. Larimore
Clerk of Court


s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts